UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES R. HOUGHTON,

                Plaintiff,

<u>DECISION AND ORDER</u>

03-CV-6381L

      v.

LIEUTENANT DANIELCULVER OF
THE ORLEANS COUNTY SHERIFF'S DEPARTMENT,
et al.,

                Defendants.
_____

      On September 8, 2010, defendants filed a motion *in limine*, seeking to preclude plaintiff from offering at trial any evidence concerning (1) any physical injuries that plaintiff claims to have suffered as a result of the alleged excessive force during the incident giving rise to this action, and (2) any economic loss suffered by plaintiff, other than attorney's fees and bail bond costs. Defendants also seek an order permitting them to introduce evidence of plaintiff's "criminal history related to his conduct towards law enforcement during prior arrests." Def. Notice of Motion (Dkt. #71) at 1-2.

      Plaintiff's response to defendants' motion must be filed no later than October 5, 2010. The parties should be prepared to discuss the matters raised in defendants' motion *in limine* at the pretrial conference in this case, which is currently scheduled for October 19, 2010 at 2:00 p.m.

      IT IS SO ORDERED.

                                                  DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
      September 14, 2010.