UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES R. HOUGHTON,

                        Plaintiff,

                                              ORDER

                                              03-CV-6381L

                  v.

LIEUTENANT DANIEL CULVER
of the Orleans County Sheriff's Department,
et al.,

                        Defendants.
_____

      By letter dated September 20, 2010, the plaintiff, James R. Houghton, *pro se,* in addition to expressing concern about proceedings in his case, also seeks "more time to contact and try to obtain another attorney." To the extent this letter constitutes a request to adjourn the trial currently scheduled for November 1, 2010, it is in all respects denied. The trial will not be adjourned for that purpose. Plaintiff has gone through and discharged two lawyers and, by these actions and otherwise, plaintiff has indicated his intent to proceed *pro se.*

      I continue to urge both sides to see if there can be some resolution of this case; if not, the case will proceed as scheduled, and plaintiff must comply with all the several requirements necessary to prepare the case for trial.

      IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
         September 27, 2010.